

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer, | **Civil Action No.** 20-cv-0025-MMA-BLM |
| **Plaintiff,** | |
| V. | |
| Ibtissam Boulos; Ibrahim Boulos; Does 1-10, | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That judgment is entered against Defendants jointly and severally and in favor of Plaintiff.  The Court grants Plaintiff's motion for default judgment against Defendants.  The Court AWARDS Plaintiff $4,000.00 in statutory damages, $4,312.00 in attorneys' fees, and $490.00 in costs for a total award amount of $8,802.00.  The Court orders Defendants to provide and designate accessible parking in compliance with the ADA accessibility standards at the property located at 28582 Valley Center Rd., Valley Center, California.

**Date:**      6/12/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Ferris

T. Ferris, Deputy